Case Conference Date: March 28, 2019 at 10:00 a.m.

**RAVERT PLLC**
Gary O. Ravert
116 West 23rd Street, Suite 500
New York, New York 10011
Tel: (646) 961-4770
Fax: (917) 677-5419

*Attorneys for 34 W 128 Funding Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>34 HOLDING CORP,<br><br>*Debtor-in-Possession.* | Chapter 11<br><br>Case No. 18−23408 (RDD) |

## NOTICE OF CASE CONFERENCE

**PLEASE TAKE NOTICE** that a chapter 11 case conference will be held before the Honorable Robert D. Drain, at the United States Bankruptcy Court for the Southern District of New York, located at 300 Quarropas Street White Plains, NY 10601, on March 28, 2019 at 10:00 AM.

Dated: February 22, 2019
       New York, New York

RAVERT PLLC

By: /s/ Gary O. Ravert
    Gary O. Ravert
    116 West 23rd Street, Fifth Floor
    New York, New York 10011
    Tel: (646) 966-4770
    Fax: (917) 677-5419

*Attorneys for 34 W 128 Funding Inc.*