# RAVERT PLLC

Gary O. Ravert
Attorney-at-Law
gravert@ravertpllc.com
(646) 961-4770

**(Via ECF)**

July 25, 2019

Hon. Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601-4140

**Re: In re 34 Holding Corp., Confirmed Chapter 11 Case No. 18 – 23408 (RDD):  Further Status Update on Prior Request for Hearing Regarding Post-Effective Date Events at the 3-Unit Real Property Located at 34 West 128 Street, Harlem**

Dear Judge Drain,

This firm represents the Plan Administrator and this letter follows up on the letter to your Honor from one week ago advising the Court of certain significant events in the case and requesting a status conference.  Two days ago I heard from one of the principals of Trendihome.com which claims a right of possession of the property located at 34 W 128 Street in Harlem, i.e., the property formerly owned by the Debtor in this confirmed chapter 11 case.  Ms. Sampson, on behalf of Trendihome, agreed by email to vacate but requested 30 days to do so and I have made a follow-up request for specificity as to whether Trendihomes would be continuing the Airbnb business operations it currently conducts at the property during that 30-day period or whether those operations were finished and the 30 day window was just to vacate Trendihome's personal property.  If it turns out that the Airbnb operations have concluded at the property and all that remains is personal property but with no one from Trendihome coming and going, then it is possible that we will not need a status conference anytime in the forseeable future.  I hope to hear back today and further advise the Court.

We thank your Honor for his considerations of the foregoing.

 Respectfully,

/s/ Gary O. Ravert
Gary O. Ravert
*Attorneys for* 34 W 128 Funding Inc.
*Cc: Via ECF to parties receiving ECF notice, Debtor's counsel, and the US Trustee via ECF and email and other creditors via email, and Mr. Styles, and both Sampsons via email.*