Hearing Date: October 8, 2019 at 10:00 a.m.

**RAVERT PLLC**
Gary O. Ravert
116 West 23rd Street, Suite 500
New York, New York 10011
Tel: (646) 961-4770
Fax: (917) 677-5419

*Attorneys for 34 W 128 Funding Inc. in its capacity of Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Confirmed Chapter 11 |
| 34 HOLDING CORP, | Case No. 18−23408 (RDD) |
| *Debtor-in-Possession.* | |

**NOTICE OF ADJOURNED HEARING DATE [Docket Nos. 50 and 56]**

**PLEASE TAKE NOTICE** that the motions entitled *Motion for Objection to Claim(s) Number: 2* [Docket No. 50] and *Motion for Payment of Administrative Expenses for 34 W 128 Funding Inc.* [Docket No. 56], originally scheduled to be heard before the Honorable Robert D. Drain, at the United States Bankruptcy Court for the Southern District of New York, located at 300 Quarropas Street, White Plains, NY 10601-4140, on September 17, 2019 at 10:00 AM **will be heard on October 8, 2019 at 10:00 AM.**

Dated: September 13, 2019
       New York, New York

RAVERT PLLC

By: /s/ Gary O. Ravert
    Gary O. Ravert
116 West 23rd Street, Fifth Floor
New York, New York 10011
Tel: (646) 966-4770
Fax: (917) 677-5419

*Attorneys for 34 W 128 Funding Inc. in its capacity of Plan Administrator*