Hearing Date: **November 4, 2019 at 10:00 a.m.**
Objection Deadline:  **October 28, 2019**

**RAVERT PLLC**
Gary O. Ravert
116 West 23rd Street, Suite 500
New York, New York 10011
Tel: (646) 961-4770
Fax: (917) 677-5419

*Attorneys for 34 W 128 Funding Inc. in its capacity of Plan Administrator*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>34 HOLDING CORP,<br><br>       *Debtor-in-Possession.* | Confirmed Chapter 11<br><br>Case No. 18−23408 (RDD) |

**NOTICE OF ADJOURNED HEARING DATE REGARDING
DOCKET NOS. 50, 56, 70, 76 AND EXTENSION OF OBJECTION DEADLINE
SOLELY WITH RESPECT TO AJ PARTNERS AND DOCKET NOS. 56 and 70**

**PLEASE TAKE NOTICE** that:

(1)    the motions entitled (a) *Motion for Objection to Claim(s) Number: 2* [Docket No. 50],

(b) *Motion for Payment of Administrative Expenses for 34 W 128 Funding Inc.* [Docket No. 56],

(c) *First And Final Application Of Amanda Medina As Counsel For The Debtor For Approval Of*

*(i) Legal Fees In The Amount Of $18,060.00 And (ii) Reimbursement Of Legal Expenses In The*

*Amount Of $3.50 For The Period From September 11, 2018 To August 11, 2019* [Docket No. 70]

and (d) *Verified Motion Of Plan Administrator For A Judgment Of Civil Contempt Of This*

*Court's August 9, 2019 "Order On Motion For Contempt And Motion To Shorten Notice"*

*[Docket No. 69] and For The Imposition Of Sanctions Against The Trendi Homes Parties*

[Docket No.76] **are adjourned until November 4, 2019 at 10:00 AM** and will be heard on that

date and time before the Honorable Robert D. Drain, at the United States Bankruptcy Court for

the Southern District of New York, located at 300 Quarropas Street, White Plains, NY 10601-4140; and

(2) the objection deadline solely for AJ Partners with respect to (a) *Motion for Payment of Administrative Expenses for 34 W 128 Funding Inc.* [Docket No. 56], and (b) *First And Final Application Of Amanda Medina As Counsel For The Debtor For Approval Of (i) Legal Fees In The Amount Of $18,060.00 And (ii) Reimbursement Of Legal Expenses In The Amount Of $3.50 For The Period From September 11, 2018 To August 11, 2019* [Docket No. 70] **is extended until October 28, 2019 at 4:00 PM** and any objections thereto must be filed with the Court and served on, so as to be received by such date and time, (i) undersigned counsel, (ii) Debtor's counsel at Amanda Medina, Esq., 524 Winchester Road, Norfolk, CT 06058; (iii) The Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, New York 10014, Attn: Susan A. Arbeit, Esq., Trial Attorney.

Dated: October 8, 2019
       New York, New York

RAVERT PLLC

By: /s/ Gary O. Ravert
    Gary O. Ravert
116 West 23rd Street, Fifth Floor
New York, New York 10011
Tel: (646) 966-4770
Fax: (917) 677-5419

*Attorneys for 34 W 128 Funding Inc. in its capacity of Plan Administrator*