UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>34 HOLDING CORP,<br><br>          *Debtor-in-Possession.* | )<br>)<br>) Confirmed Chapter 11<br>)<br>) Case No. 18−23408 (RDD)<br>)<br>)<br>)<br>) |

**ORDER ON MOTION OF 34 W 128 FUNDING INC. FOR ALLOWANCE
OF ADMINSTRATIVE EXPENSE CLAIM PURSUANT TO
SECTION 503 OF THE BANKRUPTCY CODE [Docket No. 56]**

Upon the motion (the "**Motion**") filed by 34 W 128 Funding Inc. ("**34 Funding**"), pursuant to sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code, for allowance and payment of actual and necessary expenses incurred by it and reasonable compensation and reimbursement of expenses for professional services rendered by its attorneys; and the Court having jurisdiction under 28 U.S.C. §§ 157(a)-(b) and 1334(b) to decide the Motion; and, after due and sufficient notice of the Motion, there being no objections to the requested relief; and upon the record of the hearings held by the Court on the Motion on October 8, 2019 and November 4, 2019 (the "**Hearings**") and all of the proceedings herein; and, after due deliberation, the Court having determined, including for the reasons stated by the Court in its bench rulings at the Hearings, that the requested relief is warranted pursuant to section 503(b)(3)(D) of the Bankruptcy Code based on 34 Funding's substantial contributions in this case, it is hereby

**ORDERED**, that the Motion is granted to the extent set forth herein; and it is further

1

**ORDERED**, that 34 Funding is hereby awarded an allowed administrative expense claim under sections 503(b)(3)(D) and 507(a)(2) in the amount of $23,820 in fees and $1,140.07 in expenses.

Dated:   White Plains, New York
         November 13, 2019

                                        /s/ Robert D. Drain
                                        Honorable Robert D. Drain
                                        United States Bankruptcy Judge